Submitted January 18, affirmed March 8, petition for review allowed
August 3, 2017 (361 Or 800)
See later issue Oregon Reports

DANIEL BRET GARGES,
*Plaintiff-Appellant,*

*v.*

Jeff PREMO,
Superintendent,
Oregon State Penitentiary,
*Defendant-Respondent.*

Marion County Circuit Court
15CV26965; A161918

390 P3d 1124

Ryan T. O'Connor and O'Connor Weber LLC filed the brief for appellant.

Ellen F. Rosenblum, Attorney General, Benjamin Gutman, Solicitor General, and Keith L. Kutler, Assistant Attorney General, filed the brief for respondent.

Before Duncan, Presiding Judge, and DeVore, Judge, and Garrett, Judge.

PER CURIAM

Affirmed. *Keenan v. Hall*, 202 Or App 571, 123 P3d 812 (2005), *rev den*, 342 Or 253 (2006).